**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

SCOTT D. LEFKOWITZ, et al.,
                  Plaintiff,

     -against-

SYNACOR, INC., et al.,
                  Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2019

18 **CIVIL** 2979 (LGS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 28, 2019, and the Order dated November 15, 2019, Defendants' motion to dismiss is granted, and Plaintiffs' application to file a Third Amended Complaint is denied; accordingly, the case is closed.

**Dated:** New York, New York
       November 19, 2019

**RUBY J. KRAJICK**
**Clerk of Court**

BY:
       **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON  11/19/2019